| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | HANNAH R. LABAREE #294338 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | 916-498-5700 |

Attorney for Defendant
SANTI KHAMTHONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0185-KJM |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| SANIT KHAMTHONG, | Date: December 15, 2022 |
| Defendant. | Time: 2:00 P.M. |
| | Judge: Hon. Carolyn K. Delaney |

Mr. Khamthong, having been advised of his right to appear in person for his bail review hearing, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his December 15, 2022 bail hearing, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

Mr. Khamthong is currently house at the Central Valley Annex and traveling to Court would be a hardship resulting in his losing his commissary and requiring that he quarantine during his local incarceration at the Sacramento County Jail.

Finally, Mr. Khamthong consents to counsel signing this waiver on his behalf, pursuant to General Order 616. He stipulates that i) obtaining his wet signature is both impractical and imprudent; ii) he has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, he consents to his counsel signing this order electronically on his behalf.

Respectfully submitted,

Date: December 8, 2022    /s/ SANIT KHAMTHONG
SANIT KHAMTHONG
DEFENDANT


HEATHER E. WILLIAMS
Federal Defender


Date: December 8, 2022    /s/ Hannah Labaree
HANNAH LABAREE
Assistant Federal Defender
Attorneys for Defendant
SANIT KHAMTHONG

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616. Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the December 15, 2022 bail review hearing is GRANTED.

IT IS SO ORDERED.

Dated:  December 12, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE