FILED

January 31, 2023

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

SANIT KHAMTHONG,

       Defendant.

Case No.  2:22-cr-00185-KJM-1

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SANIT KHAMTHONG ,

Case No.  2:22-cr-00185-KJM-1 , Charge 21 U.S.C. § 846, 841(a)(1), from custody for

the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    X   Unsecured Appearance Bond $ _____ 50,000.00 _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):  The defendants release is delayed until 02/01/2023 at 9:00

_____ AM.

Sacramento County Jail is further ORDERED to release the defendant with a

_____ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 31, 2023, at 3:00 PM

By: _____

Magistrate Judge Allison Claire