PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00185-KJM |
| Plaintiff, | ORDER STAYING MAGISTRATE JUDGE'S ORDER OF RELEASE |
| v. | |
| SANIT KHAMTHONG, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, good cause having been shown, it is hereby ORDERED that the Magistrate Judge's order issued January 31, 2023 authorizing the release of the defendant, Sanit Khamthong, shall be stayed, and the defendant shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145.

IT IS SO ORDERED.

DATED: February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1