Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
SANTI KHAMTHONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>SANTI KHAMTHONG,<br><br>                  Defendant. | Case No.: 2:22-CR-00185 KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

      The parties, through their respective counsel, Etan Zaitsu, attorney for defendant Santi Khamthong, and Alstyn Bennett, Assistant United States Attorney, agree and do hereby stipulate to modifying the defendant's Special Conditions of Pretrial Release in preparation for Khamthong's release from the Salvation Army's treatment program on August 16, 2023. The requested modifications, which seek to remove obsolete language from the travel restriction condition (Condition #6) and eliminate the pre-release status hearing requirement (Condition #13), were developed and approved in coordination with Pretrial Services.

      By way of background, defendant Khamthong made his initial appearance on August 31, 2022 upon Compliant for violating 21 U.S.C. § 841(a)(1): possession with intent to sell 100 grams of heroin. Six additional drug related counts were added to the indictment filed on September 8, 2022. Khamthong was ordered released on January 31, 2023 (delayed until February 1, 2023) upon bail motion and hearing, subject to various conditions, including

**Stipulation For Modification of Pretrial Release Conditions**

completion of residential treatment at the Salvation Army. Now, after more than six months as a resident in Salvation Army's residential treatment program, Khamthong is preparing to graduate. Pursuant to his release conditions, upon release, and with Pretrial Services' approval, Khamthong will reside with his mother and stepfather in Rodeo, California within the Northern District of California. A Pretrial Services Officer from the Northern District will supervise his continued release.

With respect to Condition #6, travel restrictions, the parties agree and request removing the phrase "for treatment purposes and any passes approved by the treatment facility" because upon Khamthong's release from treatment, the clause is obsolete. The remaining portion of Condition #6 restricts Khamthong's travel to the Northern District of California, and to the Eastern District of California for court purposes only.

With respect to Condition #13, requiring a court hearing prior to Khamthong's release from treatment, the parties agree that this stipulation and modification request sufficiently replaces any need for a hearing prior to Khamthong's release.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIPULATED

Dated:  August 8, 2023                              Respectfully submitted,

                                                    /s/ Etan Zaitsu
                                                    ETAN ZAITSU
                                                    Attorney for Defendant
                                                    SANTI KHAMTHONG

Dated:  August 8, 2023                              /s/ Alstyn Bennett
                                                    ALSTYN BENNETT
                                                    Assistant U.S. Attorney

**Stipulation For Modification of Pretrial Release Conditions**

**[PROPOSED]** ORDER

Good cause appearing, based upon the parties' stipulated request to modify the Defendant's special conditions of release, and Pretrial Services' review and approval of those modifications, the Court hereby orders Special Condition #6 modified as requested, and Special Condition #13 stricken. The Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated:  August 9, 2023

                                                United States Magistrate Judge Jeremy D. Peterson

**Stipulation For Modification of Pretrial Release Conditions**