Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
SANTI KHAMTHONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00185 KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY DEFENDANT'S SPECIAL CONDITIONS OF PRETRIAL RELEASE** |
| SANTI KHAMTHONG, | |
| Defendant. | |

The parties, through their respective counsel, Etan Zaitsu, attorney for defendant Santi Khamthong, and Alstyn Bennett, Assistant United States Attorney, agree and do hereby stipulate to modifying defendant's Amended Special Condition of Pretrial Release #6 relating to travel restrictions, based upon Probation's approval of Mr. Khamthong's move from Rodeo in the Northern District of California, to Sacramento. In its current form, the condition restricts Mr. Khamthong's travel "to the Northern District of California and to the Eastern District of California (for court purposes only) unless otherwise approved in advance by the pretrial services officer." Because Mr. Khamthong now lives in the Eastern District, Probation recommends, and the parties do not object, removing from Condition #6 the reference to the Northern District and the limitation in the Eastern District "for court purposes only." With these modifications, as recommended by Probation, the parties stipulate to the following language:

1

**Stipulation For Modification of Pretrial Release Conditions**

*You must restrict your travel to the Eastern District of California, unless otherwise approved in advance by the pretrial services officer;*

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Second Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIPULATED

Dated:  April 5, 2024                    Respectfully submitted,

                                         /s/ Etan Zaitsu
                                         ETAN ZAITSU
                                         Attorney for Defendant
                                         SANTI KHAMTHONG

Dated:  April 5, 2024                    /s/ Alstyn Bennett
                                         ALSTYN BENNETT
                                         Assistant U.S. Attorney

### ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing, hereby orders Special Condition #6 modified as requested.  The Second Amended Special Conditions of Pretrial Release attached hereto is ordered filed.  All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated:  04/10/2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Conditions**

## ***SECOND AMENDED* SPECIAL CONDITIONS OF RELEASE**

Re: Khamthong, Santi
No.: 2:23-CR-00185-KJM
Original Date: January 31, 2023
Amended: August 8, 2023
2nd Amended: April 5, 2024

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must participate in and complete the residential substance abuse treatment program at **The Salvation Army – Adult Rehabilitation Center in Oakland, California** - and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer; and must remain at the program for the maximum allowed time;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to The Salvation Army – Adult Rehabilitation Center upon completion of the hearing;

3. Upon successful completion of residential substance abuse treatment, you must reside at an address approved by Pretrial Services; and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Upon completion of residential substance abuse treatment, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. You must surrender any passport and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must refrain from **any** use of alcohol or **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. Your release is delayed until 9:00 am on Wednesday, February 1, 2023 at which time you must report directly to Pretrial Services. Thereafter, you must report directly to the Salvation Army – Adult Rehabilitation Center OR Progress House; and

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours.