PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>SANIT KHAMTHONG,<br>  aka SANTI KHAMTHONG,<br><br>                Defendant. | CASE NO. 2:22-CR-00185-KJM<br><br>STIPULATION REGARDING RULE 12 MOTION DEADLINE; ORDER<br><br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for jury trial on March 31, 2025 and a trial confirmation hearing for March 4, 2025. ECF 83. The Court excluded time under Local Code T4 up to and including the start date of trial. *Id.* The Court ordered the parties to meet and confer regarding a Rule 12 motion schedule and to submit a stipulation by November 8, 2024. *Id.* The parties submitted a stipulation accordingly.

    2.    On November 13, 2024, the Court informed the parties that the previously requested hearing date was not available. Accordingly, the parties now move to set the following Rule 12 schedule:

| | |
|---|---|
| All Rule 12 motions must be filed by: | January 14, 2025 |
| Opposition: | January 28, 2025 |
| Reply: | February 4, 2025 |
| Hearing: | February 25, 2025 |

IT IS SO STIPULATED.

Dated:  November 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT

ALSTYN BENNETT
Assistant United States Attorney

Dated:  November 19, 2024

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
SANIT KHAMTHONG

# ORDER

IT IS SO FOUND AND ORDERED.  The court sets the following Rule 12 schedule:

| | |
|---|---|
| All Rule 12 motions must be filed by: | January 14, 2025 |
| Opposition: | January 28, 2025 |
| Reply: | February 4, 2025 |
| Hearing: | February 25, 2025 at 10:00 a.m. |

DATED:  November 21, 2024.

UNITED STATES DISTRICT JUDGE